EDITH BUTLER AND WILBUR BUTLER, PLAINTIFFS, v.
WILLIAM HOHNSTRATER AND SIGGE SCHILLER, DE-
FENDANTS.

Decided October 16, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER
and BODINE.

For the plaintiffs, *Charles A. Otto, Jr.* (*Louis C. Lehman,
Jr.,* of counsel).

For the defendant William Hohnstrater, *McCarter & English*.

For the defendant Sigge Schiller, *Harley, Cox & Walburg*.

PER CURIAM.

The plaintiffs recovered verdicts against the defendants.

Our examination of the testimony leads us to the conclusion that the negligence of the drivers of the cars of both defendants was clearly established, and that the damages awarded were supported by the evidence produced at the trial.

Both rules will be dismissed.